```
 1  Michael J. McGinnis #55908
    Attorney at Law
 2  2100 Tulare Street, Suite 407
    Fresno, CA 93721
 3
    (559) 497-7979
 4
    Attorney for Defendant
 5  KEVIN LAMONT MUHAMMAD

 6

 7

 8
                UNITED STATES DISTRICT COURT FOR THE
 9
                     EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,      )   Case No: 05-cr-00404 AWI
12                                 )
         Plaintiff/Respondent,     )
13                                 )
         v.                        )   STIPULATION TO CONTINUE
14                                 )   EVIDENTIARY MOTION
                                   )   HEARING
15  KEVIN LAMONT MUHAMMAD,         )
                                   )   Date: 4-3-06
16       Defendant/Movant.         )   Time: 9:00 a.m.
    _____)   Dept: Hon. Anthony Ishii
17
```

18       It is stipulated and agreed between the parties in the
19  above matter that the evidentiary motions hearing currently
20  set for Tuesday, February 21, 2006 at 9:00 a.m. be
21  continued to Tuesday April 3, 2006, at 9:00 a.m.
22       The parties agree that the delay resulting from the
23  continuance shall be excluded in the interests of justice,
24  including but not limited to, the need for the period of
25  time set further herein for effective defense preparation
26  and the resolution of pre-trial motions that are pending
27  //
28  //

pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161 (h)(8)(B)(I).

I hereby agree to the above stipulation.

Dated: February 9, 2006

                                       s/Michael J. McGinnis

                                    _____
                                    by:Michael J. McGinnis
                                    Attorney for Defendant

I hereby consent to the above stipulation.

DATED: February 9, 2006
                                     s/Kimberly Kelly

                                    _____
                                    by: Kimberly A. Kelly
                                    Assistant U.S. Attorney

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I)

IT IS SO ORDERED.

**Dated:   February 10, 2006**                   **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE