DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KEVIN LAMONT MUHAMMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>KEVIN LAMONT MUHAMMAD,<br><br>           Defendant. | NO. 1:05-cr-00404 AWI<br><br>STIPULATION SETTING MOTIONS SCHEDULE AND CONTINUING STATUS CONFERENCE HEARING AND RESETTING AS HEARING ON MOTIONS; ORDER THEREON<br><br>Date:  October 16, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a motions schedule be set as follows: defendant's motions shall be filed on or before September 25, 2006, government responses to be filed on or before October 9, 2006, **and that the status conference hearing now set for September 11, 2006, may be continued to October 16, 2006, at 9:00 A.M. and reset as a hearing on motions.**

This continuance is sought by counsel for defendant to allow him additional time for defense preparation and investigation and time to adequately prepare appropriate motions on defendant's behalf.

///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 7, 2006              By:  /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                                           DANIEL J. BRODERICK
                                           Federal Defender

DATED: September 7, 2006              By   /s/ Victor M. Chavez
                                           VICTOR M. CHAVEZ
                                           Assistant Federal Defender
                                           Attorneys for Defendant
                                           KEVIN LAMONT MUHAMMAD


**O R D E R**

**IT IS SO ORDERED.**   Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 8, 2006**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE

Stipulation Setting Motions Schedule,
Continuing Status Hearing and Resetting,
as Hearing on Motions; [Proposed] Order              −2−