1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  KEVIN LAMONT MUHAMMAD

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. 1:05-cr-00404 AWI
                                      )
12                 Plaintiff,         )   STIPULATION CONTINUING MOTIONS
                                      )   HEARING; ORDER THEREON
13        v.                          )
                                      )
14 KEVIN LAMONT MUHAMMAD,             )   Date:  October 30, 2006
                                      )   Time:  9:00 A.M.
15                 Defendant.         )   Judge: Hon. Anthony W. Ishii
                                      )
16 _____  )

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that **the hearing on motions in the above-referenced matter now set for October 16, 2006,**

20 **may be continued to October 30, 2006, at 9:00 A.M.**

21        Defendant makes this request because it has received the Government's reply to defendant's

22 motion to suppress.  The Government is in the process of obtaining the written policy of the Fresno Police

23 Department concerning inventory searches.  Defendants wants an opportunity to review the written policy

24 in order to decide whether an evidentiary hearing will be requested.

25 ///

26 ///

27 ///

28 ///

1    The parties also agree that any delay resulting from this continuance shall be excluded in

2  the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

3                                                          McGREGOR W. SCOTT
                                                          United States Attorney
4

5  DATED: October 12, 2006                        By  /s/  Kimberly A. Sanchez
                                                          KIMBERLY A. SANCHEZ
6                                                         Assistant U.S. Attorney
                                                          Attorney for Plaintiff
7

8                                                         DANIEL J. BRODERICK
                                                          Federal Public Defender
9

10 DATED: October 12, 2006                        By   /s/ Victor M. Chavez
                                                          VICTOR M. CHAVEZ
11                                                        Assistant Federal Defender
                                                          Attorney for Defendant
12                                                        KEVIN LAMONT MUHAMMAD

13

14
                              **O R D E R**
15
        **IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
16
17  3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

18
    IT IS SO ORDERED.
19
    **Dated:    October 13, 2006**              _____ **/s/ Anthony W. Ishii** _____
20  0m8i78                                      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation Continuing Motions
Hearing; [Proposed] Order                    −2−