DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KEVIN LAMONT MUHAMMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN LAMONT MUHAMMAD, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-cr-00404 AWI <br><br> STIPULATION CONTINUING STATUS CONFERENCE HEARING AND SETTING SUPPLEMENTAL BRIEFING SCHEDULE; ORDER THEREON <br><br> Date:  March 5, 2007 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **a supplemental briefing schedule be set as follows:  defense briefing shall be due on or before January 29, 2007, government briefing shall be due on or before February 20, 2007, and the status conference hearing in the above-referenced matter now set for February 26, 2007, may be continued to March 5, 2007, at 9:00 A.M.**

This request is made by Defendant because the defense needs additional time to prepare any appropriate briefing prior to hearing.

///

///

///

///

1  The parties also agree that any delay resulting from this continuance shall be excluded in
2  the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

5  DATED: January 17, 2007            By  /s/  Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

10 DATED: January 17, 2007            By  /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
KEVIN LAMONT MUHAMMAD

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 19, 2007**            /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE