DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KEVIN LAMONT MUHAMMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-00404 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO EXTEND TIME FOR FILING |
| | ) OF SUPPLEMENTAL BRIEFING TO |
| v. | ) DEFENDANT'S MOTION TO SUPPRESS |
| | ) EVIDENCE; CONTINUE STATUS CONFERENCE |
| KEVIN LAMONT MUHAMMAD, | ) HEARING;AND ORDER THEREON |
| | ) |
| Defendant. | ) Date: April 2, 2007 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the time for the filing of defendant's supplemental briefing to Defendant's Motion to Suppress Evidence is extended from January 29, 2007 to **March 12, 2007**; that the time for the filing of plaintiff's response to said supplemental briefing is extended from February 20, 2007 to **March 26, 2007**; and that the Status Conference hearing on said supplemental briefing, presently set for March 5, 2007 is continued to **April 2, 2007 at 9:00 a.m.**

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i)

///

///

///

and (iv).

                              McGREGOR W. SCOTT
                              United States Attorney

DATED: March 1, 2007                        By  /s/ Karen A. Escobar for Kimberly A. Sanchez
                              KIMBERLY A. SANCHEZ
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

                              DANIEL J. BRODERICK
                              Federal Public Defender

DATED: March 1, 2007                        By   /s/ Victor M. Chavez
                              VICTOR M. CHAVEZ
                              Assistant Federal Defender
                              Attorney for Defendant
                              KEVIN LAMONT MUHAMMAD

## **O R D E R**

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 2, 2007**                        /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time for Filing of
Supplemental Briefing to Defendant's Motion
to Suppress Evidence; Continue Status Conference      −2−