DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KEVIN LAMONT MUHAMMAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00404 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO EXTEND TIME FOR FILINGS OF SUPPLEMENTAL BRIEFING TO |
| v. | ) ) | DEFENDANT'S MOTION TO SUPPRESS EVIDENCE; CONTINUE STATUS CONFERENCE |
| KEVIN LAMONT MUHAMMAD, | ) | HEARING; AND ORDER THEREON |
| Defendant. | ) ) ) ) | Date: May 14, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the time for the filing of defendant's supplemental briefing to Defendant's Motion to Suppress Evidence is extended from April 9, 2007 to **April 16, 2007**; that the time for the filing of plaintiff's response to said supplemental briefing is extended from April 23, 2007 to **April 30, 2007**; and that the Status Conference hearing on said supplemental briefing, presently set for April 30, 2007 is continued to **May 14, 2007 at 9:00 a.m.**

The parties also agree that any delay resulting from this continuance shall be excluded in the

///

///

///

///

interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                McGREGOR W. SCOTT
                United States Attorney

DATED: April 11, 2007      By <u>Kimberly A. Sanchez</u>
                KIMBERLY A. SANCHEZ
                Assistant U.S. Attorney
                Attorney for Plaintiff


                DANIEL J. BRODERICK
                Federal Public Defender

DATED: April 11, 2007      By <u>/s/ Victor M. Chavez</u>
                VICTOR M. CHAVEZ
                 Assistant Federal Defender
                Attorney for Defendant
                KEVIN LAMONT MUHAMMAD


## **O R D E R**

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated: April 11, 2007**        <u>**/s/ Anthony W. Ishii**</u>
                  UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time for Filing of
Supplemental Briefing to Defendant's Motion
to Suppress Evidence; Continue Status Conference  −2−