```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: 559/497-4000
 5
 6
 7                 IN THE UNITED STATES COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,   )  Case No. 1:05-cr-00404 AWI
                                )
12          Plaintiff,          )  STIPULATION AND
                                )  ORDER EXTENDING TIME FOR
13       v.                     )  FILING OF GOVERNMENT'S RESPONSE
                                )  TO DEFENDANT'S MOTION TO
14  KEVIN LAMONT MUHAMMAD,      )  SUPPRESS EVIDENCE AND
                                )  DEFENDANT'S SUPPLEMENTAL BRIEF
15          Defendant.          )
                                )
16  _____)
17
```

18    **IT IS HEREBY STIPULATED** by and between the parties hereto

19 through their respective counsel that the time for filing of the

20 Plaintiff's response to Defendant's Motion to Suppress Evidence

21 and Defendant's Supplemental Brief is continued from April 30,

22 2007 to May 6, 2007.  The Status Conference hearing on said

23 supplemental briefing will remain the same, May 14, 2007 at 9:00

24 a.m.

25    The parties also agree that any delay resulting from this

26 continuance shall be excluded in the interest of justice pursuant

27

28

to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I) and (iv).

Dated: April 30. 2007        McGREGOR W. SCOTT
                             United States Attorney

                      By:    /s/ Kimberly A. Sanchez
                             KIMBERLY A. SANCHEZ
                             Assistant U.S. Attorney

Dated: April 30, 2007        DANIEL J. BRODERICK
                             Federal Public Defender

                      By:    /s/ Victor M. Chavez
                             VICTOR M. CHAVEZ
                             Assistant Federal Defender
                             Attorney for Defendant
                             KEVIN LAMONT MUHAMMAD

## **ORDER**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I) and (iv).

IT IS SO ORDERED.

**Dated:   April 30, 2007**              **/s/ Anthony W. Ishii**
                                   UNITED STATES DISTRICT JUDGE