```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   KEVIN LAMONT MUHAMMAD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00404 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE/MOTION TO SUPPRESS |
| | ) | HEARING AND ORDER THEREON |
| KEVIN LAMONT MUHAMMAD, | ) | |
| | ) | Date:  July 23, 2007 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Status Conference/Motion to Suppress Hearing scheduled for July 2, 2007 may be continued to **July 23, 2007 at 1:30 p.m.**

The continuance sought is at the request of defense counsel, who will be unavailable for the hearing on July 2, 2007.

The parties also agree that any delay resulting from this continuance shall be excluded in the

///
///
///
///
///
///
///

interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: July 2, 2007 | By <u>Kimberly A. Sanchez</u><br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: July 2, 2007 | By <u>  /s/ Victor M. Chavez  </u><br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>KEVIN LAMONT MUHAMMAD |

**O R D E R**

IT IS SO ORDERED.

**Dated:   July 2, 2007**            <u>        /s/ Anthony W. Ishii        </u>
                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference/
Motion to Suppress Hearing                    −2−